THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DBE ELECTRIC, INC., a Washington corporation, UBI No. 602952513, Contractor's Registration No. DBEELEI912PM<br><br>Defendant. | CASE NO. C19-0642-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time to file a motion for default judgment (Dkt. No. 11). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Plaintiffs shall file their motion for default judgment no later than Wednesday, July 3, 2019.

//

//

//

DATED this 1st day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk