THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DBE ELECTRIC, INC., a Washington corporation, UBI No. 602952513, Contractor's Registration No. DBEELEI912PM,<br><br>Defendant. | CASE NO. C19-0642-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 13). Having thoroughly considered the motion and the relevant record, the Court FINDS that:

1. Defendant was properly served in this matter on or about May 17, 2019 (Dkt. Nos. 2, 6);
2. The Clerk entered an order of default against Defendant on June 14, 2019 (Dkt. No. 9);
3. Defendant has failed to appear or otherwise defend in this action; and
4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiffs' favor.

Accordingly, Plaintiffs' motion for default judgment (Dkt. No. 13) is GRANTED in its entirety. The Court ORDERS as follows:

1. Plaintiffs' motion for default judgment (Dkt. No. 13) is GRANTED;
2. Defendant is ORDERED to pay Plaintiffs a total of $21,702.38, consisting of:
   a. $16,592.55 to Plaintiffs Boards of Trustees for the Local 191 I.B.E.W. Health and Welfare Trust Fund, Local 191 I.B.E.W. Money Purchase Plan, Northwest Washington Electrical Industry Joint Apprenticeship & Training Trust, National Electric Benefit Fund, Labor Management Cooperating Committee Fund, and I.B.E.W. Local 191, comprised of $12,467.71 in contributions, $1,112.86 in liquidated damages, and $3,011.98 in interest for the January 2014 through March 2018 audit period;
   b. $4,007.83 to Plaintiff I.B.E.W. District No. 9 Pension Plan, comprised of $2,981.60 in contributions, $298.16 in liquidated damages, and $728.07 in interest for the January 2014 to March 2018 audit period;
   c. $634.00 in litigation costs; and
   d. $468.00 in attorney fees.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0642-JCC
PAGE - 2